**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 15-7787**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RODERICK BLACK, a/k/a Roger,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Terrence W. Boyle, District Judge. (2:94-cr-00015-BO-9)

─────────────

Submitted: April 19, 2016          Decided: April 21, 2016

─────────────

Before AGEE, DIAZ, and THACKER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Roderick Black, Appellant Pro Se. Edward D. Gray, Assistant United States Attorney, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Black appeals the district court's order denying relief on his Fed. R. Crim. P. 36 motion to correct a clerical error in his presentence investigation report. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Black</u>, No. 2:94-cr-00015-BO-9 (E.D.N.C. Oct. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>